Christopher A. Meyers (#032558)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: cmeyers@swlaw.com

J Anthony Love
King & Spalding LLP - Atlanta, GA
1180 Peachtree St. NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5100
Email: tlove@kslaw.com
Admitted Pro Hac Vice
Attorneys for Defendant Equifax Information Services LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Carol Lindsay, | No. to 2:16-cv-02526-PHX-SRB |
|---|---|
| Plaintiff, | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S AMENDED NOTICE OF SETTLEMENT** |
| v. | |
| Equifax Information Services LLC, | |
| Defendant. | |

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Carol Lindsay hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before February 27, 2017.

DATED this 30$^{\text{tn}}$ day of January, 2017.

                    KING & SPALDING LLP

                    /*s/ J. Anthony Love*
                    J Anthony Love
                    King & Spalding LLP - Atlanta, GA
                    1180 Peachtree St. NE
                    Atlanta, GA 30309
                    Telephone: 404-572-4600
                    Facsimile: 404-572-5100
                    Email: tlove@kslaw.com
                    Admitted Pro Hac Vice
                    Attorneys for Plaintiff Equifax
                    Information Services LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2017, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing:

Trinette G. Kent
Kent Law Offices
10645 N Tatum Blvd
Ste. 200-192
Phoenix, AZ 85028

*s/J. Anthony Love*
J. Anthony Love